# United States District Court
## Eastern District of California

| | |
|---|---|
| UNITED STATES OF AMERICA | FIRST AMENDED CRIMINAL COMPLAINT |
| V. | |
| MICHAEL JOSEPH FLANAGAN | DOCKET NUMBER:<br>6:14-mj-32-MJS |

I, acting legal officer Matthew McNease, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. In Yosemite National Park, in the Eastern District of California, Michael Joseph FLANAGAN did:

**Count 1:** Fail to comply with the directions of a traffic control device, in violation of Title 36 Code of Federal Regulations § 4.12
**Maximum penalty: 6 months imprisonment and/or $5,000 fine**

**Count 2:** Be under the influence of alcohol or drugs, or any combination thereof, to a degree that renders the operator incapable of safe operation, in violation of Title 36 Code of Federal Regulations § 4.23(a)(1)
**Maximum penalty: 6 months imprisonment and/or $5,000 fine**

**Count 3:** Drive a motor vehicle with a BAC of .08% or greater, in violation of Title 36 Code of Federal Regulations § 4.23(a)(2)
**Maximum penalty: 6 months imprisonment and/or $5,000 fine**

**Count 4:** Possess a controlled substance (cocaine), in violation of Title 36 Code of Federal Regulations § 2.35(b)(2)
**Maximum penalty: 6 months imprisonment and/or $5,000 fine**

**Count 5:** Possess a controlled substance (marijuana), in violation of Title 36 Code of Federal Regulations § 2.35(b)(2)
**Maximum penalty: 6 months imprisonment and/or $5,000 fine**

**Count 6:** Possess an open container of alcohol in a motor vehicle, in violation of Title 36 Code of Federal Regulations § 4.14(a)
**Maximum penalty: 6 months imprisonment and/or $5,000 fine**

Speedy Trial Act Applies: No

U.S. v. Michael Joseph Flanagan
First Amended Criminal Complaint

**Count 7:** Drive a motor vehicle while license suspended, and with knowledge of the suspension, in violation of Title 36 Code of Federal Regulations § 4.2, incorporating California Vehicle Code § 14061.1(a)
**Maximum penalty: 6 months imprisonment and/or $5,000 fine**

**Count 8:** Fail to provide proof of insurance, in violation of Title 36 Code of Federal Regulations § 4.2, incorporating California Vehicle Code § 16028(a)
**Maximum penalty: 6 months imprisonment and/or $5,000 fine**

I further state that I am the acting legal officer and that this complaint is based on the following facts and information supplied to me by National Park Service Law Enforcement Rangers.

On April 12, 2014, at approximately 2115 hours, in Yosemite National Park, Ranger Cullen Tucker was on patrol traveling eastbound on Awhanee Drive when Ranger Tucker observed a vehicle in front of him drift left and cross over the double yellow center line. Ranger Tucker stopped the vehicle in front of the Ahwahnee Hotel.

Immediately upon stopping, the driver exited the cab of the vehicle, leaving the driver's door open. Ranger Tucker observed a small clear glass jar containing marijuana in the driver's door panel.

Ranger Tucker identified the driver as Michael Joseph FLANAGAN. Ranger Tucker smelled the strong odor of an alcoholic beverage about FLANAGAN's breath. Ranger Tucker observed FLANAGAN's eyes to be bloodshot and glassy, his face was flushed and his speech was slurred. FLANAGAN was unsteady on his feet. FLANAGAN told Ranger Tucker his driver's license had been suspended behind three previous driving while intoxicated convictions. Yosemite Dispatch confirmed FLANAGAN's drivers license was suspended. FLANAGAN's license was suspended for excessive blood alcohol levels by the Department of Motor Vehicles.

FLANAGAN stated he could not perform field sobriety test's as his leg was broken. FLANAGAN stated he was over the legal limit, and he had been drinking whiskey and beer throughout the day. FLANAGAN stated he had smoked marijuana three hours prior. He also told Ranger Tucker there might be cocaine residue in-between the seats, although he had quit using cocaine.

FLANAGAN consented to a preliminary breath sample, which showed FLANAGAN's to have a .227% BAC. FLANAGAN was placed under arrest and transported to the Yosemite Holding Facility by Ranger Phillip Johnson. FLANGAN provided a evidentiary breath test at the Holding Facility, which showed a BAC of .20% and .19%.

Speedy Trial Act Applies: **No**

U.S. v. Michael Joseph Flanagan
First Amended Criminal Complaint

Ranger Tucker found approximately 1.5 grams of cocaine under the front bench seat inside a storage area. Ranger Tucker found an opened bottle of tequilla that was a third full of what appeared to be tequilla. Ranger Tucker found 1.0 grams of marijuana in the clear glass jar in the door panel.

FLANAGAN was unable to provide valid proof of insurance to Ranger Tucker during the stop.

I declare under penalty of perjury the information which I have set forth above and on the face of this criminal complaint is true to the best of my knowledge.

_5/1/2014_
Date

_Matt McNease_
Matthew McNease
Acting Legal Officer
Yosemite National Park, CA

Sworn to before me and subscribed in my presence, in Yosemite National Park, California.

_5/1/14_
Date

_[signature]_
Honorable Michael J. Seng
U. S. Magistrate Judge
Eastern District of California