HEATHER E. WILLIAMS, Bar #122664
Federal Defender
MEGAN T. HOPKINS, Bar #294141
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: 559.487.5561/Fax: 559.487.5950

Attorney for Defendant
MICHAEL FLANAGAN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 6:14-mj-00032 MJS |
|---|---|
| Plaintiff, | ) **APPEARANCE OF COUNSEL OF RECORD AND *CHANGE* IN DESIGNATION OF COUNSEL FOR SERVICE** |
| vs. | ) |
| MICHAEL FLANAGAN, | ) |
| Defendant. | ) |

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:**

Pursuant to Local Rule 182, and the Criminal Justice Act Plan for this district, Part VI, paragraph B, I confirm my appearance as counsel of record in this case for MICHAEL FLANAGAN, and designate counsel for service as follows:

> MEGAN T. HOPKINS
> Assistant Federal Defender
> 2300 Tulare Street, Suite 330
> Fresno, CA 93721-2226
> Telephone: (559) 487-5561

Former counsel for service was AFD Jerome Price.

I hereby certify that I am an attorney admitted to practice in this court.

Dated: February 25, 2015

 */s/    Megan T. Hopkins*
MEGAN T. HOPKINS
Assistant Federal Defender
Attorney for Defendant
Michael Flanagan

Appearance and Designation of Counsel                -1-