HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
MEGAN T. HOPKINS, CA Bar #294141
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
MICHAEL FLANAGAN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 6:14-MJ-00032-MJS |
| Plaintiff, | STIPULATION TO RECALL AND QUASH WARRANT, VACATE FAILURE TO APPEAR AND SET CASE FOR INITIAL APPEARANCE; ORDER |
| vs. | |
| MICHAEL FLANAGAN, | Date: August 25, 2015 |
| Defendant. | Time: 10:00 a.m. |
| | Judge: Hon. Michael J. Seng |

IT IS HEREBY STIPULATED by the parties, through their respective counsel, MATTHEW MC NEASE, Acting Legal Officer for the National Park Service, counsel for plaintiff, and MEGAN T. HOPKINS, Assistant Federal Defender, counsel for defendant, MICHAEL FLANAGAN, that the warrant issued July 21, 2015 be recalled and quashed and that the failure to appear be vacated. The parties further request this case be set for initial appearance on August 25, 2015, at 10:00 a.m.

The parties agree that sufficient ambiguity regarding defendant's notice of the advancement of the review hearing exists, such that defendant may not have been aware of the July 21, 2015 hearing date. Defense counsel will notify defendant of the new hearing date.

/ / /

/ / /

/ / /

|   |   |   |   |
|---|---|---|---|
| | | | Respectfully submitted, |
| | | | BENJAMIN B. WAGNER<br>United States Attorney |
| DATED: July 27, 2015 | | By: | */s/ Matthew McNease*<br>MATTHEW MC NEASE<br>Acting Legal Officer<br>National Park Service<br>Yosemite National Park |
| | | | HEATHER E. WILLIAMS<br>Federal Defender |
| DATED: July 27, 2015 | | By: | */s/ Megan T. Hopkins*<br>MEGAN T. HOPKINS<br>Assistant Federal Defender<br>Attorney for Defendant<br>MICHAEL FLANAGAN |

**O R D E R**

GOOD CAUSE APPEARING, the above Stipulation to recall and quash the warrant, to vacate failure to appear and set case for initial appearance on August 25, 2015, at 10:00 a.m., in case No. 6:14-mj-00032 MJS, is hereby accepted and adopted as the Order of this Court.

IT IS SO ORDERED.

Dated:   July 27, 2015                              /s/ *Michael J. Seng*
                                                           UNITED STATES MAGISTRATE JUDGE