Susan St. Vincent
Acting Legal Officer
Matthew McNease
Acting Legal Officer
NATIONAL PARK SERVICE
Legal Office
P.O. Box 517
Yosemite, California  95389
Telephone:  (209) 372-0241

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL JOSEPH FLANAGAN,<br><br>Defendant. | DOCKET NO. 6:14-mj-32-MJS<br><br>**WITHDRAW OF STATEMENT OF ALLEGED PROBATION VIOLATION(S) AND ORDER**<br><br>Court: U.S. District Court – Yosemite<br>Judge: Honorable Michael J. Seng |

Defendant, Michael Joseph FLANAGAN, was arrested June 25, 2014, in Yosemite National Park and charged with eight counts in a criminal complaint: Count 1: fail to comply with a traffic control device; Count 2: driving under the influence of alcohol or drugs; Count 3: driving with a BAC greater than 0.08%; Count 4: possession of a controlled substance (cocaine); Count 5: possession of a controlled substance (marijuana); Count 6: possession of an open container of alcohol in a motor vehicle; Count 7: driving a motor vehicle with a suspended license; and Count 8: fail to provide insurance. FLANAGAN plead guilty June 25, 2014, to Count 3, Count 4 and Count 7, and all other chargers were dismissed. FLANAGAN was sentenced to the following: pay a $3,400 fine, 24 months of unsupervised probation, obey all laws, not operate a motor vehicle with any detectable amount of alcohol content, attend and complete DMV multi-offender program, attend AA once weekly for 12 months, and to report new law

violations. A Review Hearing was set for June 1, 2016, at 10:00 a.m. The Government filed a Statement of Alleged Probation Violation(s) on June 16, 2015, alleging that FLANAGAN had failed to obey all laws and failed to report new law violations. At the Review Hearing held on August 25, 2015, the Government notified the Court that alleged violations actually occurred prior to FLANAGAN's sentencing hearing on June 25, 2014, and therefore did not constitute a probation violation. The Government withdraws its request for a Probation Violation in this matter.

Dated: August 26, 2015                                By: /s/ Matthew McNease
                                                      Matthew McNease
                                                      Acting Legal Officer
                                                      Yosemite National Park, CA

**THE COURT ORDERS AT THE GOVERNMENT'S REQUEST:**

The Statement of Alleged Probation Violation(s) in DOCKET NO. 6:14-mj-32-MJS is retracted.

IT IS SO ORDERED.

Dated:   August 27, 2015                    /s/ *Michael J. Seng*
                                            UNITED STATES MAGISTRATE JUDGE

2