HEATHER E. WILLIAMS, CA SBN #122664
Federal Defender
REED GRANTHAM, CA SBN #294171
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
MICHAEL FLANAGAN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 6:14-mj-00032-MJS |
| Plaintiff, | ) ) | **MOTION TO VACATE JUNE 6, 2017 REVIEW HEARING; ORDER** |
| vs. | ) ) | |
| MICHAEL FLANAGAN, | ) ) | |
| Defendant. | ) ) | |

Defendant MICHAEL FLANAGAN hereby requests that the Court vacate the June 6, 2017 review hearing. The government is in agreement with the request.

On June 7, 2016, the Court sentenced Mr. Flanagan to twenty-four months of unsupervised probation, with the conditions that he obey all laws and advise the Court and Government Officer within seven days of being cited or arrested for any alleged violation of law. He was also ordered to pay a $1,000.00 fine and attend AA meetings once per week.

Mr. Flanagan has paid the entire amount of his fine and has attended AA meetings once per week.

Accordingly, Mr. Flanagan has complied with all conditions of his probation, and he hereby requests that his June 6, 2017 review hearing be vacated. Mr. Flanagan remains on unsupervised probation until June 7, 2018.

//

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: May 31, 2017            /s/ Reed Grantham
                              REED GRANTHAM
                              Assistant Federal Defender
                              Attorney for Defendant
                              MICHAEL FLANAGAN

## **O R D E R**

Based on the parties' joint representation that Mr. Flanagan is in compliance with the conditions of his probation, the Court vacates the review hearing scheduled for June 6, 2017, at 10:00 a.m., in case number 6:14-mj-00032-MJS.

IT IS SO ORDERED.

Dated:   June 1, 2017                    /s/ *Michael J. Seng*
                                         UNITED STATES MAGISTRATE JUDGE

2
Flanagan– Motion to Vacate Review Hearing